**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmie DORSEY, Defendant–
Appellant.**

**No. 07–14240
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 26, 2008.

A. Fitzgerald Hall, Federal Public Defender, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Jimmie Dorsey, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Dor-

sey's convictions and sentence are **AFFIRMED.**